MYRTLE RALSTON

*v.*

STATE OF ILLINOIS.

*Opinion filed September 20, 1920.*

SERVICES OF NURSE—*military and naval code. When entitled to recover.* Where claimant upon recommendation of the Board of Medical Officers appointed by the Commander-in-Chief under Sec. II, Art. 16, of Military and Naval Code, performs services as a nurse to an enlisted soldier of National Guard during his last illness she is entitled to recover a reasonable amount for the services performed.

Edward J. Brundage, Attorney General, for State.

This is a claim of Myrtle Ralston for services as nurse to Robert B. Ralston, a private soldier of Company A, 4th Inf. Regiment, National Guard of Illinois, during his last illness in the months of August, September, October, November and December, 1918.

It appears that the Board of Medical officers appointed by the Commander-in-Chief under section 11, article 16 of the Military. Naval Code of the Statutes of Illinois, has investigated the circumstances in this case and recommended payment to the claimant the sum of four hundred and twenty-five dollars ($425.00), which claim has been referred to this Court by the Adjutant General in accordance with the Statute above cited. Upon careful consideration of the evidence in this case the Court is of the opinion that the claimant is entitled to compensation and that the sum of four hundred and twenty-five dollars ($425.00) is a reasonable amount to be awarded to the claimant. No objection or defense being interposed on behalf of the State, the honorable Attorney General having admitted liability of the State to the claimant herein, we accordingly award to the claimant the sum of four hundred and twenty-five dollars ($425.00).